**Exhibit B**

DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, NY 10601
(914) 681-2000
Dawn Kirby, Esq.

*Presentment Date: October 16, 2015*
*Presentment Time: 12:00 p.m.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

In re:

JONATHAN M. LILIAN

                  Debtor.

-------------------------------------------------------------------X

Chapter 7
Case No. 13-23048 (RDD)

**AFFIDAVIT IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF
ORDER APPROVING STIPULATION OF SETTLEMENT BETWEEN
THE DEBTOR AND PENTAGON FEDERAL CREDIT UNION**

STATE OF NEW YORK
                         ss:
COUNTY OF WESTCHESTER

      JONATHAN M. LILLIAN, being duly sworn deposes and states the following:

1. I am the above-captioned Chapter 7 debtor in this bankruptcy proceeding (the "Debtor").

2. I submit this Affidavit in Support of the Motion seeking an Order approving the stipulation agreement between myself and Pentagon Federal Credit Union ("PenFed"), pursuant to Loss Mitigation requested before this Court on August 5, 2013 and the Loss Mitigation Order entered on August 6, 2013 [Docket No.21].

3. On or about June 28, 2013, (the "Petition Date"), I filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

4. The Stipulation is a successful result of the participation between me and Pentagon Federal Credit Union in the Court's Loss Mitigation Program.

5. The Stipulation brings me current on my mortgage allowing me to keep my home.

6. I respectfully request that the Court approve the Stipulation together with such other and further relief as is just and proper under the circumstances.

Dated: White Plains, New York

   September 29, 2015     */s/ Jonathan M. Lilian*
                   Jonathan M. Lilian

Sworn to before me this

29th day of September 2015

*/s/ Carol S. Palmentiero*
Carol S. Palmentiero
Notary Public, State of New York