700 Crossroads Building
2 State Street, Rochester, New York 14614
P 585.987.2800    F 585.454.3968



1900 Main Place Tower
Buffalo, New York 14202
P 716.248.3200    F 716.854.5100

ATTORNEYS
woodsoviatt.com

Direct Dial Number: 716-248-3234
Email: afugate@woodsoviatt.com

July 17, 2017

Dawn Kirby, Esq.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601

**RE:    Jonathan M. Lilian**
   **Case No.         13-23048-rdd**
   **Property Address: 50 Quarry Lane, Bedford, NY 10506**

Dear Ms. Kirby:

Pursuant to the email correspondence on July 12, 2017, Secured Creditor is willing to allow an extension of the Notice of Default entered with the court on June 22, 2017 to a new cure date of July 31, 2017. Please be advised that your client is currently in default for the March 1, 2017 through June 1, 2017 post-petition payments each in the amount of $2,922.59, plus July 1, 2017 post-petition payment in the amount of $2,864.06, plus the Conditional Order payments from March 20, 2017 through June 20, 2017 each in the amount of $1,078.10, minus a suspense balance of $1,248.66 for a total of $17,618.16. As the cure date is not set until July 31, 2017 on July 20, 2017 the next Conditional Order payment will become due in the amount of $1,078.10, making the total due by July 31, 2017 $18,696.26.

**Please be advised that unless the amount of $18,696.26 in certified funds (bank draft or money order) is received by the bank WELLS FARGO BANK, NA at One Home Campus, Des Moines IA 50328, Attention: Bankruptcy Department on or before July 31, 2017, we shall enforce the relief from the automatic stay granted by the Conditional Order and commence or continue with our foreclosure action.**

**Acceptance of partial payments will not constitute a waiver of Wells Fargo Bank, N.A. rights to pursue the default in the event the partial payments are not enough to cure the entire default.**

Very truly yours,
WOODS OVIATT GILMAN LLP

/s/ Aleksandra K. Fugate, Esq.
Aleksandra K. Fugate, Esq.
Attorney for Secured Creditor

AKF/jbm

***This letter is an attempt to collect a debt. Any information will be used for that purpose.***

{5262060:2}            The art of representing people®

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  CASE No: 13-23048-rdd

    Jonathan M. Lilian  **AFFIDAVIT OF SERVICE BY MAIL**

    Debtor.

STATE OF NEW YORK )
COUNTY OF MONROE )SS:

I, Josh B. MacDonald, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Rochester, New York.

That on July 17, 2017 deponent served the annexed NOTICE OF DEFAULT on the parties listed in Schedule "A" by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service of the State of New York.

                                    _Josh MacDonald_

Sworn to before me on
This 17th day of July, 2017

_____
NOTARY PUBLIC

CHRISTINE...
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6278567
Qualified In Monroe County
My Commission Expires March 25, 20__

CHRISTINE N. BOBOWSKI
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BO6278567
Qualified In Monroe County
My Commission Expires March 25, 20_21_
                                  22

{5262060:2}

# SCHEDULE "A"

Dawn Kirby, Esq.
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601
(Service be email as well on July 17, 2017 to DKirby@ddw-law.com)

Jonathan M. Lilian
50 Quarry Lane
Bedford, NY 10506-1539

Mark S. Tulis, Esq.
Tulis Wilkes Huff & Geiger LLP
220 White Plains Road
2nd Floor
Tarrytown, NY 10591

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

{5262060:2 }